IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | | |
|---|---|---|
| ROSSALYN F. DURDEN | ) | CIVIL ACTION NO. 14-2771 |
| | ) | |
| VERSUS | ) | JUDGE FOOTE |
| | ) | |
| CAROLYN W. COLVIN, | ) | MAGISTRATE JUDGE HORNSBY |
| ACTING COMMISSIONER | ) | |
| OF SOCIAL SECURITY | ) | |

## FINAL JUDGMENT

After considering Defendant's Unopposed Motion for Remand and for good cause shown,

**IT IS ORDERED, ADJUDGED,** and **DECREED** that the final decision of the Commissioner is **REVERSED** and **REMANDED** to the Commissioner for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

SIGNED this ___23rd___ day of _____October_____, 2015.

_____
**ELIZABETH E. FOOTE**
**UNITED STATES DISTRICT JUDGE**